DARREN T. BRENNER
Nevada Bar No. 8386
DBrenner@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169
(702) 949-8200
(702) 949-8398 (fax)

BYRNE J. DECKER (*pro hac vice*)
bdecker@pierceatwood.com
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04102
(207) 791-1152
(207) 791-1350 (fax)

Attorneys for Defendant Sun Life Assurance Company of Canada

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YOLANDA McAVOY, sole beneficiary of the employee welfare benefits plan administered for the benefit of her husband, ALBERT McAVOY<br><br>Plaintiff,<br><br>vs.<br><br>AMERISTAR CASINOS, INC., a Nevada corporation; SUN LIFE ADMINISTRATORS (U.S.), Inc., a Delaware Corporation dba SUN LIFE FINANCIAL<br><br>Defendants. | No. 2:09-cv-02074-JCM-LRL<br><br>**UNOPPOSED MOTION TO EXTEND TIME**<br><br>**FIRST REQUEST** |

Defendant Sun Life Assurance Company of Canada ("Sun Life") hereby moves for an extension from July 6, 2010, to July 20, 2010, to respond to the Amended Complaint herein. This Motion is made pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6-1.

{W1855517.1}2026964.1

**POINTS AND AUTHORITIES**

The undersigned counsel (1) requires additional time to respond to the Amended Complaint in light of a pre-planned out of town trip around the Independence Day holiday weekend, and (2) Plaintiff's counsel has consented to the extension.

**CONCLUSION**

For the forgoing reasons, Sun Life requests that its deadline to respond to the Amended Complaint be extended from July 6, 2010, to July 20, 2010.

Dated:  July 2, 2010

LEWIS AND ROCA LLP

DARREN T. BRENNER
Nevada Bar No. 8386
DBrenner@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
(702) 949-8200
(702) 949-8398 (fax)

and

PIERCE ATWOOD LLP

By: /s/ *Byrne J. Decker*
BYRNE J. DECKER (*pro hac vice*)
bdecker@pierceatwood.com
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04102
(207) 791-1152
(207) 791-1350 (fax)

Attorneys for Defendant
Sun Life Assurance Company of Canada

**ORDER**

**IT IS SO ORDERED.**

_____
**United States** XXXXX **Magistrate Judge**

Dated:  7-2-10  _____

**Case No. 2:09-cv-02074-JCM-LRL**

{W1855517.1}                    2

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 2, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Mont E. Tanner
>Law Offices of Mont E. Tanner
>2950 East Flamingo Road
>Suite G
>Las Vegas, NV  89121
>(702) 369-9614
>mtannerlaw@aol.com
>
>Adam P. Segal
>Brownstein Hyatt Farber Schreck, LLP
>100 City Parkway
>Suite 1600
>Las Vegas, NV  89106
>(702) 382-2101
>asegal@bhfs.com

>/s/ *Melissa Reagan*
>An Employee of Pierce Atwood LLP

{W1855517.1}  3