Adam P. Segal, Esq.
Nevada Bar No. 6120
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com

*Attorneys for Defendant,*
*Ameristar Casinos, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YOLANDA MCAVOY, sole beneficiary of the employee welfare benefits plan administered for the benefit of her husband, ALBERT MCAVOY;<br><br>Plaintiff,<br><br>v.<br><br>AMERISTAR CASINOS, INC., a Nevada Corporation; SUN LIFE ADMINISTRATORS (U.S.), Inc., a Delaware corporation dba SUN LIFE FINANCIAL; DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:09-cv-02074-JCM-LRL<br><br>**JOINDER IN UNOPPOSED MOTION TO EXTEND TIME** |

Defendant Ameristar Casinos, Inc. ("Ameristar") hereby joins in Sun Life Assurance Company's Unopposed Motion to Extend time, and requests that the date for all Defendants to respond to the Amended Complaint herein be the same, namely July 20, 2010. Keeping such dates concurrent for all parties streamlines the briefing and hearing schedule in general,

////

////

////

////

////

////

20825\26\1421258.1                                    1

Case 2:09-cv-02074-JCM-LRL   Document 43   Filed 07/06/10   Page 2 of 3

thus reducing costs and potential confusion wherein multiple parties are responding to the same pleading.

Dated: July 2, 2010.                              BROWNSTEIN HYATT FARBER SCHRECK, LLP

   /s/ Adam P. Segal
Adam P. Segal, Esq.
Nevada Bar No. 6120
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile:  (702) 382-8135

*Attorney for Defendant,*
*Ameristar Casinos, Inc.*

IT IS SO ORDERED.

/s/ L.R. Leavitt

UNITED STATES MAGISTRATE JUDGE
DATED: 7-6-10

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP and that on this day I deposited for mailing in the U.S. Mail at Las Vegas, Nevada, a true copy of the Joinder in Unopposed Motion to Extend Time enclosed in a sealed envelope upon which first class postage was prepaid to:

**NOTICE WILL BE ELECTRONICALLY MAILED TO:**

Mont E. Tanner, Esq.
Law Offices of Mont E. Tanner
2950 East Flamingo Road
Suite G
Las Vegas, Nevada 89121
Telephone: (702) 369-9614
Facsimile: (702) 369-5731
Email: mtannerlaw@aol.com

*Attorneys for Plaintiff*

Darren T. Brenner, Esq.
Lewis & Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
Email: DBrenner@LRLaw.com

Byrne J. Decker, Esq. (*pro hac vice*)
Pierce Atwood LLP
One Monument Square
Portland, Maine 04101-1110
Telephone: (207) 791-1152
Facsimile: (207) 791-1350
Email: bdecker@pierceatwood.com

*Attorneys for Defendant, Sun Life Assurance Company of Canada*

Dated: July 2, 2010.                /s/ Lani Maile
                                    An Employee of Brownstein Hyatt Farber Schreck, LLP

20825\26\1421258.1                          3