Adam P. Segal, Esq.
Nevada Bar No. 6120
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com

*Attorneys for Defendant,*
*Ameristar Casinos, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YOLANDA MCAVOY,<br><br>Plaintiff,<br><br>v.<br><br>AMERISTAR CASINOS INC. BENEFIT PLAN; AMERISTAR CASINOS, INC., a Nevada Corporation and administrator of AMERISTAR CASINOS, INC. BENEFIT PLAN; SUN LIFE ASSURANCE COMPANY OF CANADA, a Delaware corporation dba SUN LIFE FINANCIAL; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:09-cv-02074-JCM-LRL<br><br>**MOTION TO EXTEND TIME IN WHICH TO FILE REPLY**<br><br>**[FIRST REQUEST]** |

Defendant Ameristar Casinos, Inc. ("Ameristar") hereby moves for a two week extension, from September 7, 2010, until September 21, 2010, in which to file its Reply in Support of its Motion to Dismiss Plaintiff's First Amended Complaint. This Motion is based on Federal Rule of Civil Procedure 6(b), Local Rule 6-1 and the Points and Authorities that follow.

Dated: September 3, 2010.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

 /s/ Adam P. Segal
Adam P. Segal, Esq.
Nevada Bar No. 6120
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

*Attorney for Defendant, Ameristar Casinos, Inc.*

20825\26\1443435.1                                              1

**POINTS AND AUTHORITIES**

Ameristar's Reply in support of its Motion to Dismiss Plaintiff's First Amended Complaint is currently due Tuesday, September 7, 2010. The undersigned requests an extension until September 21, 2010, to file the Reply to accommodate his work load, an out-of-town trip during the Labor Day weekend, and deadlines in other cases during the same time period.

Federal Rule of Civil Procedure 6(b) and Local Rule 6-1 permit the Court to grant this motion, which is made before the expiration of the time to be extended, for good cause. The work load, holiday and other case deadlines set forth above are good cause for this short extension.

Dated: September 3, 2010.            BROWNSTEIN HYATT FARBER SCHRECK, LLP

　　　　　　　　　　　　　　　　　　　 /s/ Adam P. Segal
　　　　　　　　　　　　　　　　　　　Adam P. Segal, Esq.
　　　　　　　　　　　　　　　　　　　Nevada Bar No. 6120
　　　　　　　　　　　　　　　　　　　100 North City Parkway, Suite 1600
　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89106-4614
　　　　　　　　　　　　　　　　　　　Telephone: (702) 382-2101
　　　　　　　　　　　　　　　　　　　Facsimile:  (702) 382-8135

　　　　　　　　　　　　　　　　　　　*Attorney for Defendant, Ameristar Casinos, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: September 7, 2010
Case No. 2:09-cv-02074-JCM-LRL