DARREN T. BRENNER
Nevada Bar No. 8386
DBrenner@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169
(702) 949-8200
(702) 949-8398 (fax)

BYRNE J. DECKER (*pro hac vice*)
bdecker@pierceatwood.com
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04102
(207) 791-1152
(207) 791-1350 (fax)

Attorneys for Defendant Sun Life Assurance Company of Canada

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YOLANDA McAVOY, sole beneficiary of the employee welfare benefits plan administered for the benefit of her husband, ALBERT McAVOY | No. 2:09-cv-02074-JCM-LRL |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** AND ORDER |
| AMERISTAR CASINOS, INC., a Nevada corporation; SUN LIFE ADMINISTRATORS (U.S.), Inc., a Delaware Corporation dba SUN LIFE FINANCIAL | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their counsel, that the above-captioned action be dismissed in its entirety as to all named Defendants, with prejudice, and with each side to pay its own costs and fees.

Dated:  September 27, 2010

{W1946688.2}

| | | |
|---|---|---|
| 1 | LAW OFFICES OF MONT E. TANNER | LEWIS AND ROCA LLP |
| 2 | /s/ *Mont E. Tanner* | DARREN T. BRENNER |
| | Mont E. Tanner | Nevada Bar No. 8386 |
| 3 | 2950 East Flamingo Road | DBrenner@LRLaw.com |
| | Suite G | 3993 Howard Hughes Parkway, Suite 600 |
| 4 | Las Vegas, NV 89121 | Las Vegas, Nevada 89169 |
| | Tel: (702) 369-9614 | (702) 949-8200 |
| 5 | Email: mtannerlaw@aol.com | (702) 949-8398 (fax) |
| 6 | *Attorney for Plaintiff Yolanda McAvoy* | and |
| 7 | | PIERCE ATWOOD LLP |
| 8 | | By: /s/ *Byrne J. Decker* |
| | | Byrne J. Decker (*pro hac vice*) |
| 9 | | bdecker@pierceatwood.com |
| | | Pierce Atwood LLP |
| 10 | | One Monument Square |
| | | Portland, ME 04102 |
| 11 | | (207) 791-1152 |
| | | (207) 791-1350 (fax) |
| 12 | | |
| | | *Attorneys for Defendant* |
| 13 | | *Sun Life Assurance Company of Canada* |
| 14 | | |
| 15 | | BROWNSTEIN HYATT FARBER |
| | | SCHRECK, LLP |
| 16 | | |
| | | /s/ *Adam P. Segal* |
| 17 | | Adam P. Segal |
| | | 100 City Parkway |
| 18 | | Suite 1600 |
| | | Las Vegas, NV 89106 |
| 19 | | Tel: (702) 382-2101 |
| | | Email: asegal@bhfs.com |
| 20 | | |
| | | *Attorney for Defendant* |
| 21 | | *Ameristar Casinos, Inc.* |

IT IS SO ORDERED this 17th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 27, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Mont E. Tanner
> Law Offices of Mont E. Tanner
> 2950 East Flamingo Road
> Suite G
> Las Vegas, NV  89121
> (702) 369-9614
> mtannerlaw@aol.com
>
> Adam P. Segal
> Brownstein Hyatt Farber Schreck, LLP
> 100 City Parkway
> Suite 1600
> Las Vegas, NV  89106
> (702) 382-2101
> asegal@bhfs.com
>
> /s/ *Melissa L. Reagan*
> An Employee of Pierce Atwood LLP